UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA HARRIS | ) | |
| | ) | |
| v. | ) | 3:21-cv-530 |
| | ) | Judge Richardson/Frensley |
| KILOLO KAJAKAZI,[1] | ) | |
| Acting Commission of Social Security | ) | |

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U. S. C. §2412(d). Docket No. 25. Through the Motion, Plaintiff requests attorney's fees in the amount $5,777.06. In addition, Plaintiff seeks reimbursement of $402.00 for court costs. Counsel has submitted an affidavit and time records in support of this motion. The requested fees and costs appear to the Court to be fair and reasonable. Defendant does not object to the requested fees and court costs. Docket No. 27.

For the reasons set forth above, Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U. S. C. §2412(d), (25) is **GRANTED**, and Plaintiff is **AWARDED** $5,777.06 and costs in the amount $402.00. If Plaintiff has no debt registered with the Department of Treasury subject to offset, the undersigned recommends that the fees be made payable to Plaintiff's counsel of record.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

fourteen (14) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**